**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 20-2190

TANYA JONES, a/k/a Tanya Lorraine Jones,

        Plaintiff - Appellant,

    v.

MEGAN J. BRENNAN, Postmaster General, United States Postal Service,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:18-cv-03198-PJM)

Submitted: January 31, 2022                 Decided: March 3, 2022

Before THACKER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tanya Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tanya Lorraine Jones appeals the district court's order dismissing with prejudice her complaint for failure to state a claim and failure to prosecute. We have reviewed the record and find no abuse of discretion in the district court's conclusion that Jones failed to prosecute her case. *See Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019) (stating standard of review and providing standard for dismissal pursuant to Fed. R. Civ. P. 41(b)); *Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (observing that plaintiff's failure to heed explicit warning of the consequences of failing to respond is an important consideration in determining whether district court abused its discretion). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*